IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDRE LEWIS, :
    Plaintiff :
: No. 1:19-cv-1989
v. :
: (Judge Rambo)
SUPERINTENDENT :
MASON, *et al.*, :
    Defendants :

# **ORDER**

**AND NOW**, on this 2nd day of April 2020, for the reasons set forth in the Memorandum accompanying this Order, **IS ORDERED THAT**:

1. Defendants' motion for a more definite statement (Doc. No. 17) is **DENIED**; and

2. Defendants are **DIRECTED** to file an answer to the complaint (Doc. No. 1) within fourteen (14) days of the date of this Order.

                                                 s/ Sylvia H. Rambo
                                                 United States District Judge