# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE LEWIS,** | : | |
| Plaintiff | : | |
| | : | No. 1:19-cv-1989 |
| v. | : | |
| | : | (Judge Rambo) |
| **SUPERINTENDENT** | : | |
| **MASON,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 9th day of June 2020, for the reasons set forth in the Memorandum accompanying this Order, **IS ORDERED THAT**:

1. Plaintiff's motion for leave to depose Defendants and witnesses (Doc. No. 24) is **DENIED WITHOUT PREJUDICE**; and

2. Plaintiff's motion for video conference (Doc. No. 28) is **DENIED**.

s/ Sylvia H. Rambo
United States District Judge